MICHELLE G. LEE (SBN 266167)
mgl@rezlaw.com
JESSICA P. SPIERER (SBN 348093)
jps@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiffs
BRANDIE WILLIAMS, DEREK CLAYTON,
and JACQUELINE LEACH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDIE WILLIAMS, DEREK CLAYTON,
and JACQUELINE LEACH

                Plaintiffs,

      vs.

PATHION HOLDINGS, INC, a Delaware
corporation; PATHION, INC. a Delaware
corporation; and MICHAEL LIDDLE, an
individual,

                Defendants.

_____ /

Case No. 5;23-cv-06229-NC

**STIPULATION AND ORDER FOR ENTRY
OF JUDGMENT ON BEHALF OF
PLAINTIFF JACQUELINE LEACH IN
EVENT OF DEFAULT ON SETTLEMENT
AGREEMENT**

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jacqueline Leach ("Plaintiff") and Defendants Pathion Holdings, Inc., Pathion, Inc., and Michael Liddle. (collectively, "Defendants") as follows:

**<u>RECITALS</u>**

a.      Plaintiff and Defendants Pathion Holdings, Inc. and Michael Liddle have entered into a Confidential Settlement Agreement and Mutual Release (the "Settlement Agreement").

b.      The Parties desire to resolve all claims and disputes between them, in accordance with the terms of the Settlement Agreement.

c.      Under the Settlement Agreement, Defendants Pathion Holdings, Inc. and Michael Liddle have agreed to pay Plaintiff Leach the total sum of $50,000.00 (the "Settlement Payment"), to be paid in two separate installments.

The first installment was due on or around January 24, 2026, with a subsequent installment payment due on May 1, 2026.

d.      The Settlement Agreement provides that in the event of any Default by Pathion Holdings, Inc. and Michael Liddle on any payment under the Settlement Agreement, defined as payment that is late by five (5) or more business days, Plaintiff Leach may seek immediate entry of judgment in favor of Plaintiff and against Defendants for the full outstanding balance of the Settlement Payment, together with any accrued interest, attorneys' fees, and costs incurred by Plaintiff in pursuing Defendants' default.

e.      The Parties agree that the Court should direct entry of a final judgment as to Plaintiff Leach's claim for the unpaid balance of the Settlement Payment pursuant to Federal Rule of Civil Procedure 54(b) and that there is no just reason for delay.

f.      The Parties agree that this Court shall retain jurisdiction over this matter to enforce the terms of the Judgment and this Stipulation pursuant to applicable law.

///

///

///

///

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

1

**STIPULATION**

1.    Defendants shall be liable for all reasonable attorneys' fees and costs incurred by Plaintiff in connection with any action undertaken to pursue Pathion Holdings, Inc. and Michael Liddle' Default on payments, including actions to enter or enforce the Judgment attached hereto.

2.    The Court shall retain jurisdiction over the Parties for the purpose of enforcing this Stipulation and Judgment pursuant to the Settlement Agreement and applicable federal law, including but not limited to Federal Rule of Civil Procedure 41(a) and California Code of Civil Procedure Section 664.6 as applied in federal courts.

3.    In the event of any Default by Defendants Pathion Holdings, Inc. and Michael Liddle under the Settlement Agreement, Plaintiff is authorized to immediately submit a judgment to the Court, in the form attached as Exhibit A. The stipulated amount is $50,000, revised solely to reflect the current balance owed under the Settlement Agreement, together with any accrued interest, for a revised total of ___$50,000.00___.

4.    The Parties agree that the Court may enter the proposed Judgment in Exhibit A without further notice or hearing.

5.    Defendants expressly waive any right to appeal from the Judgment, to seek a stay of enforcement, or to contest the entry, validity, or amount of the judgment, including any defenses, offsets, or counterclaims that could have been asserted in this action.

**SO STIPULATED AND AGREED TO:**

DATED: October 30, 2025

JACQUELINE LEACH

DATED: October 3, 2025

PATHION HOLDINGS, INC.

By: _____
[Signature]:

___michael D. Liddle___
[Print Name]

___CEO___
[Title]

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

STIPULATION AND [XXXXXXXXX] ORDER FOR ENTRY OF JUDGMENT ON BEHALF OF PLAINTIFF JACQUELINE LEACH IN EVENT OF DEFAULT ON SETTLEMENT AGREEMENT
Case No. 5:23-CV-06229-NC

DATED: October 3, 2025

PATHION, INC.

By: _____
[Signature]

Michael D. Liddle
[Print Name]

CEO
[Title]

DATED: October 3, 2025

_____
MICHAEL LIDDLE

APPROVED TO AS FORM:

DATED: October 30, 2025

Counsel for Jacqueline Leach

By: _____
[Signature]:

Michelle G. Lee
[Print Name]

Partner, Rudy Exelrod Zieff & Lowe, LLP,
Attorneys for Plaintiff Jacqueline Leach
[Title]

DATED: October 31, 2025

Counsel For PATHION HOLDINGS, INC.

By: _____
[Signature]:

Holden Stein, Esq
[Print Name]

Attorney for Pathion Holdings Inc.
[Title]

DATED: October 31, 2025

Counsel For PATHION, INC.

By: _____
[Signature]:

Holden Stein, Esq
[Print Name]

Attorney for Pathion Inc.
[Title]

DATED: October 31, 2025

_____
MICHAEL LIDDLE

3

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT ON BEHALF OF
PLAINTIFF JACQUELINE LEACH IN EVENT OF DEFAULT ON SETTLEMENT AGREEMENT
Case No. 5:23-CV-06229-NC

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

## <u>ORDER</u>

The Court, having reviewed the above stipulation, and for good cause showing, hereby approves it.

DATED:  <u>February 25, 2026</u>



_____
JUDGE OF THE UNITED STATES DISTRICT

RUDY EXELROD ZIEFF & LOWE LLP

351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

4

STIPULATION AND ORDER FOR ENTRY OF JUDGMENT ON BEHALF OF PLAINTIFF
JACQUELINE LEACH IN EVENT OF DEFAULT ON SETTLEMENT AGREEMENT
Case No. 5:23-CV-06229-NC

# EXHIBIT A

MICHELLE G. LEE (SBN 266167)
mgl@rezlaw.com
JESSICA P. SPIERER (SBN 348093)
jps@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiffs
BRANDIE WILLIAMS, DEREK CLAYTON,
and JACQUELINE LEACH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE WILLIAMS, DEREK CLAYTON, and JACQUELINE LEACH | Case No. 5;23-cv-06229-NC |
| Plaintiffs, | **JUDGMENT ON BEHALF OF PLAINTIFF JACQUELINE LEACH PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT IN EVENT OF DEFAULT ON SETTLEMENT AGREEMENT** |
| vs. | |
| PATHION HOLDINGS, INC, a Delaware corporation; PATHION, INC. a Delaware corporation; and MICHAEL LIDDLE, an individual, | |
| Defendants. | |

JUDGMENT ON BEHALF OF PLAINTIFF JACQUELINE LEACH PURSUANT TO STIPULATION FOR
ENTRY OF JUDGMENT IN EVENT OF DEFAULT ON SETTLEMENT AGREEMENT
Case No. 5:23-CV-06229-NC

Pursuant to the Stipulation and Order for Entry of Judgment in Event of Default on Settlement Agreement entered into by Plaintiff Jacqueline Leach ("Plaintiff") and Defendants Pathion Holdings, Inc., Pathion, Inc., and Michael Liddle (collectively, "Defendants"), and for good cause showing, the Court hereby enters judgment as follows:

1)    **Judgment Amount**:  Judgment is entered in favor of Plaintiff Leach and against Defendants, jointly and severally, in the amount of:

a)    $50,000.00, less credit given for any payments made by Defendants Pathion Holdings, Inc. and Michael Liddle to Plaintiff under the Settlement Agreement, in the total amount of $0.00, for a total balance of $50,000.00; and

b)    Prejudgment interest of $0.00.

2)    **Attorneys' Fees and Costs**:  Defendants shall be liable for all attorneys' fees and costs incurred by Plaintiff in pursuing action to remedy Defendants Pathion Holdings, Inc. and Michael Liddle's Default under the Settlement Agreement, including but not limited to those incurred in connection with the entry and enforcement of this Judgment. Plaintiff may seek these attorneys' fees and costs as provided by Federal Rules of Civil Procedure 54 and 69.

3)    **Retention of Jurisdiction**:  The Court shall retain jurisdiction over the Parties for the purpose of enforcing the terms of the Settlement Agreement and this Judgment.

4)    **No Further Notice or Hearing Required**: The Court finds that the Parties have waived any requirement for further notice or hearing prior to the entry of this Judgment.

5)    **Waiver of Appeal**: Defendants expressly waive any right to appeal from this Judgment, to seek a stay of enforcement, or to contest the entry, validity, or amount of the Judgment, including any defenses, offsets, or counterclaims that could have been asserted in this action.

DATED:  February 25, 2026

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

1

JUDGMENT ON BEHALF OF PLAINTIFF JACQUELINE LEACH PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT IN EVENT OF DEFAULT ON SETTLEMENT AGREEMENT
Case No. 5:23-CV-06229-NC